UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14018-CR-MOORE/LYNCH

18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

v.

THOMAS JOSEPH CLOSE,

    Defendant.
_____/



### INDICTMENT

The Grand Jury charges that:

On or about October 14, 2012, in Indian River County, in the Southern District of Florida, the defendant,

**THOMAS JOSEPH CLOSE,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate and foreign commerce, to wit: six (6) rounds of .380 auto caliber ammunition found loaded inside a Kel Tec .380 auto caliber firearm that was recovered from the defendant's person, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

### FORFEITURE ALLEGATIONS

Upon conviction of the violation alleged in this Indictment, the defendant THOMAS JOSEPH CLOSE, shall forfeit to the United States any firearm or ammunition involved in or used in said violation, including but not limited to approximately six (6)

rounds of .380 auto caliber ammunition, pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

THOMAS JOSEPH CLOSE,

        **Defendant,**
_____/

CASE NO.

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

____ Miami    ____ Key West
____ FTL    ____ WPB    _X_ FTP

New Defendant(s)      Yes ____ ____
Number of New Defendants      ____
Total number of counts      ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
   List language and/or dialect    _____

4. This case will take   _3-5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)          (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | _X_ |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

                                                    _____
                                                    ADAM C. McMICHAEL
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar No./Court No. 0772321

*Penalty Sheet(s) attached                                                                                  REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. _____

Defendant's Name: **Thomas Joseph Close**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Felon in Possession of Ammunition | 18:922(g)(1) and 18:924(e)(1) | 15 to Life<br>$250,000 fine<br>SR: 5 years<br>$100 Special Assessment |