UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14018-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS JOSEPH CLOSE,

    Defendant.
    _____/

**DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL**

    The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees

associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                                Respectfully submitted,

                                MICHAEL CARUSO
                                FEDERAL PUBLIC DEFENDER

                    By:    s/Fletcher Peacock
                           Assistant Federal Public Defender
                           Florida Bar No. 441996
                           109 North Second Street
                           Fort Pierce, Florida 34950
                           Tel: 772-489-2123
                           Fax: 772-489-3997
                           E-Mail: Fletcher_Peacock@fd.org

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that on March 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                By:  s/ *Fletcher Peacock*, AFPD

## SERVICE LIST

UNITED STATES v. THOMAS JOSEPH CLOSE
Case No. 13-14018-CR-MOORE/LYNCH
United States District Court, Southern District of Florida

Fletcher Peacock
Fletcher_Peacock@fd.org
Assistant Federal Public Defender
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Close
Notices of Electronic Filing


Adam C. McMichael
adam.mcmichael@usdoj.gov
Assistant United States Attorney
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Fax: 772-595-3606
Attorney for the Government
Notice of Electronic Filing