# COURT MINUTES - FORT PIERCE

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

**101 South U.S. Highway One, Fort Pierce, FL, Courtroom #4074**

| | | | |
|---|---|---|---|
| **DEFT:** | THOMAS JOSEPH CLOSE (J) | **CASE NO:** | 13-14018-CR-MOORE |
| **AUSA:** | Adam McMichael *present* | **ATTORNEY:** | AFPD Fletcher Peacock *present* |
| **AGENT:** | Sean Dhillon, ATF *present* | **VIOL:** | 18:922(g) (1) |
| **PROCEEDING:** | Detention Hearing | **BOND REC:** | PTD         **SET:** |

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

*Defendant present with court appointed counsel, AFPD Fletcher Peacock*

*Detention hearing held:*

*-Government begins by proffer*

*-Officer Ritchie Revis, Sebastian Police Department sworn and testimony taken by Defense Counsel*

*-Defense counsel argues for release on bond*

*Court orders Defendant pretrial detained as risk of flight and danger to community (written order to follow)*

**DISPOSITION:** PTDhrgheld

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM/ARRAIGNMENT SET:**

**STATUS CONFERENCE:**

DATE: 04/04/2013  START TIME: 9:30 A.M.   Time in Court: 40 Minutes   (DAR: 09.51.50)