AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

THOMAS JOSEPH CLOSE

**EXHIBIT AND WITNESS LIST**

Case Number: 13-14018-CR-MOORE

| PRESIDING JUDGE<br>Frank J. Lynch, Jr. | PLAINTIFF'S ATTORNEY<br>AUSA Adam McMichael | DEFENDANT'S ATTORNEY<br>AFPD Fletcher Peacock |
|---|---|---|
| TRIAL DATE (S)<br>4/4/2013 (Detention Hearing) | COURT REPORTER<br>D.A.R. 09.51.50 | COURTROOM DEPUTY<br>Colette Griffin-Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/4/13 | — | — | Officer Ritchie Revis, Sebastian Police Department sworn and testimony taken |
| 1 | | " | yes | yes | Color printed photograph of motorcycle with wooden "PAGAN'S" stick |
| 2 | | " | yes | yes | Color printed photograph of "PAGAN'S" insignia |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

**United States District Court**
**Southern District of Florida**

Case Number: _13-14018-CR-Moore/Lynch_

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

<u>Documents Retained in Supplemental Case Files</u> (Scanned or Not Scanned)

<u>Civil Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS tapes, cassette tapes
___ • Surety bonds
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Bound extradition papers
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

<u>Criminal Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
_XX_ • Photographs
___ • CD, DVD, VHS Tape, Cassette Tapes
___ • Bond documentation
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Indictments
___ • Arrest warrants
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

Date: _4/3/2013_