UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-14018-CR-MOORE/LYNCH



UNITED STATES OF AMERICA,

vs.

THOMAS JOSEPH CLOSE,

        Defendant.
_____/

### FACTUAL BASIS

The United States and THOMAS JOSEPH CLOSE, (hereinafter "the defendant") **agree that** had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. On or about October 14, 2012, the defendant was stopped for speeding by the Sebastian Police Department. During the traffic stop, the defendant was found in possession of a firearm in his left rear pants pocket. The firearm was identified as a Kel-Tec .380 auto caliber handgun which was loaded with six (6) rounds of .380 auto caliber ammunition.

2. The defendant was advised of his *Miranda* warnings and he admitted to possessing the loaded firearm. The defendant also admitted that he was a convicted felon.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") obtained certified copies of the defendant's prior felony convictions from New Jersey which include:

| INDICTMENT NO: | DATE: | CONVICTION: |
|---|---|---|
| 777-04-91 | September 4, 1991 | Burglary |
| 485-78 | May 23, 1980 | Atrocious Assault & Battery |
| 1041-77 | September 13, 1979 | Breaking & Entering with Intent to Steal |
| 668-76 | May 6, 1977 | Attempted Breaking & Entering with Intent to Steal |
| 148-75 | October 22, 1975 | Breaking & Entering with Intent to Steal |

4.  ATF Special Agent Mike Kelly conducted a federal firearms nexus review of the firearm and ammunition. Special Agent Kelly determined that the firearm was manufactured in Florida, and that the ammunition was manufactured by Remington Peters in either Connecticut or Arkansas. As such, Special Agent Kelly determined that the ammunition loaded in the firearm had travelled in interstate or foreign commerce.

5.  The defendant agrees that the government would have proven that the above facts took place in the Southern District of Florida, and establish the following elements beyond a reasonable doubt; (1) that the defendant knowingly possessed ammunition in or affecting interstate or foreign commerce; and (2) before possessing the ammunition, the defendant had been convicted of a felony -- a crime punishable by imprisonment for more than a year.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 5/29/2013

By: *[signature]* for
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

Date: 5/22/13

By: *[signature]*
FLETCHER PEACOCK
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 5/22/13

By: *[signature]*
THOMAS JOSEPH CLOSE
DEFENDANT