UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14018-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS JOSEPH CLOSE,

    Defendant.
_____/

### DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT

The defendant Thomas Close, through counsel, files the following objections to the presentence report:

1) The defendant objects to the enhancement in paragraph 18 as an "armed career criminal" pursuant to 18 U.S.C. §924(e).

2) Initially, the defendant objects on the ground that the three prior convictions relied upon to enhance him pursuant to 18 U.S.C. §924(e) were not found by the grand jury and pled in the indictment in violation of *Apprendi v. New Jersey*, 530 U.S. 466(2000).

3) The conviction referred to in paragraph 32 of the report ("Dkt. #1269-80," 5/19/81) is not a "crime of violence" as defined by 18 U.S.C. 924(e). Specifically, the applicable New Jersey statutory definition of "burglary" is non-generic and there is no proof that the offense pled to by Mr. Close necessarily included all of the elements of generic burglary. *See, United States v. Palomino-Garcia*, 606 F.3d 1317 (11th Cir. 2010).

4) The defendant further objects to the use of the conviction in paragraph 34 (Dkt. #777-04-91) for purposes of enhancement under 18 U.S.C. §924(e). Once again, the applicable New Jersey burglary statute is non-generic and the record does not support a finding that Mr. Close necessarily admitted to facts constituting a generic burglary.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/Fletcher Peacock
Assistant Federal Public Defender
Florida Bar No. 441996
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
Fax: 772-489-3997
E-Mail: Fletcher_Peacock@fd.org

### CERTIFICATE OF SERVICE

I HEREBY certify that on August 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Fletcher Peacock*, AFPD

## SERVICE LIST

UNITED STATES v. THOMAS JOSEPH CLOSE
Case No. 13-14018-CR-MOORE/LYNCH
United States District Court, Southern District of Florida

Fletcher Peacock
Fletcher_Peacock@fd.org
Assistant Federal Public Defender
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Close
Notices of Electronic Filing


Adam C. McMichael
adam.mcmichael@usdoj.gov
Assistant United States Attorney
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Fax: 772-595-3606
Attorney for the Government
Notice of Electronic Filing